IN THE MATTER OF Lonnie POSTON, as Administrator of the Estate of Zachary Poston, Deceased *v.* Shirlie FEARS, et al.

92-44                                             828 S.W.2d 845

Supreme Court of Arkansas
Opinion delivered May 26, 1992

*Walters Law Firm, P.A.*, by: *Michael Hamby*, for appellant.

*Pryor, Barry, Smith, Karber & Alford*, by: *Thomas B. Pryor*, for appellee.

██ ROBERT H. DUDLEY, Justice. The plaintiff filed suit against three defendants. Two of the three defendants filed motions for judgments on the pleadings. *See* A.R.C.P. Rule 12(c). The trial court granted the motions for the two defendants, but the third separate defendant remains in the suit below. Thus, the trial court did not grant a final judgment, *see* A.R.C.P. Rule 54(b), and yet, the plaintiff seeks to appeal. We dismiss the appeal because the order entered is not an appealable order. *Burnley* v. *Mutual of Omaha*, 291 Ark. 185, 723 S.W.2d 363 (1987).